UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC 0 9 2021

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) ) Plaintiff ) ) v. ) ) (6) TIMOTHY ELVIN BREEDING ) aka "LITTLE TIM" ) aka "LITTLE T" ) aka "JUNIOR" ) (10) TONYA VONCI MIDDLETON- ) HARRIS ) (11) DANA HARRINGTON ) Defendant. | Case No: SA:21-CR-0531 |

## GOVERNMENT=S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, and files its Motion to Unseal Indictment and Arrest Warrants on the above referenced Defendants, Case Number 5:21-CR-531. Apprehension authority of Defendants TIMOTHY BREEDING and TONYA VONCI MIDDLETON-HARRIS has been delegated to the USMS and Defendant DANA HARRINGTON

is in federal custody in Houston, Texas.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Court order the Indictment and Arrest Warrants to be unsealed.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:     /s/
Sarah E. Spears
Assistant United States Attorney
Texas Bar No. 24060136
601 N. W. Loop 410, Suite 600
San Antonio, TX   78216